|  |  |
|---|---|
| DORIS GOLENOR dba X-PRESS CLAIMS SERVICE,<br><br>    Plaintiff and<br>    Judgment Creditor,<br><br>vs.<br><br>SAMCO INVESTMENTS, INC., et al,<br><br>    Defendants and<br>    Judgment Debtors. | ) No. CV-91-3006-JMI (Tx)<br>) (Consolidated with Case No. CV-92-0926-JMI<br>) (Tx))<br>)<br>) RENEWAL OF JUDGMENT<br>) BY THE CLERK<br>)<br>)<br>)<br>)<br>)<br>) |

    Based upon judgment creditor Doris Golenor dba X-Press Claims Service's January 22, 2013 application for renewal of judgment (originally entered February 22, 1993 against SAMCO Investments, Incorporated, with Gary Ledbetter added as an additional judgment debtor on September 20, 1993 and renewed per order signed on Feb. 4, 2003 and entered on Feb. 5, 2003), and pursuant to F.R.Civ.P. 69(a) and Calif. Code of Civil Procedure §§ 683.110 thru 683.320 and good cause appearing therefor:

    The judgment to and against judgment debtors SAMCO Investments, Incorporated and Gary Ledbetter dated Feb. 4, 2003 and entered on Feb. 5, 2003 (copy of "Application for and Renewal of Judgment with Order for Renewal of Judgment" is attached), being the renewal of the judgment entered on February 22, 1993 as against SAMCO Investments, Incorporated with Gary Ledbetter added as an additional judgment debtor on September 20, 1993 (copies of "Judgment" and "Order: Corporate President Ledbetter Added as Additional Judgment Debtor" attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment (per renewed judgment) | | $446,254.25 |
| b. | Costs after judgment | | - 0 - |
| c. | Attorney's fees: | | - 0 - |
| d. | Subtotal (*add a and b*) | | $446,254.25 |
| e. | Credits after judgment | | - 0 - |
| f. | Subtotal (*subtract d from c*) | | $446,254.25 |
| g. | Interest after renewed judgment (at legal rate of 1.32%) | | |
| | From Feb. 5, 2003 thru January 22, 2013 | | $ 58,648.68 |
| h. | Fee for filing renewal | | - 0 - |
| i. | Total renewed judgment | | $504,902.93 |

DATED   January 23, 2013          Phyllis Lopez, Deputy Clerk

CLERK OF THE COURT