1
2
3
4
5
6
7

8   DORIS GOLENOR dba X-PRESS      )   No. CV-91-3006-JMI (Tx)
    CLAIMS SERVICE,                )   (Consolidated with Case No. CV-92-0926-JMI
9                                  )   (Tx))
        Plaintiff and              )
10      Judgment Creditor,         )   RENEWAL OF JUDGMENT
                                   )   BY THE CLERK
11  vs.                            )
                                   )
12  SAMCO INVESTMENTS, INC., et al,)
                                   )
13      Defendants and             )
        Judgment Debtors.          )
14  _____)

15

16      Based upon judgment creditor Doris Golenor dba X-Press Claims Service's January 22, 2013

17  application for renewal of judgment (originally entered February 22, 1993 against SAMCO

18  Investments, Incorporated, with Gary Ledbetter added as an additional judgment debtor on September

19  20, 1993 and renewed per order signed on Feb. 4, 2003 and entered on Feb. 5, 2003), and pursuant to

20  F.R.Civ.P. 69(a) and Calif. Code of Civil Procedure §§ 683.110 thru 683.320 and good cause

21  appearing therefor:

22      The judgment to and against judgment debtors SAMCO Investments, Incorporated and Gary

23  Ledbetter dated Feb. 4, 2003 and entered on Feb. 5, 2003 (copy of "Application for and Renewal of

24  Judgment with Order for Renewal of Judgment" is attached), being the renewal of the judgment

25  entered on February 22, 1993 as against SAMCO Investments, Incorporated with Gary Ledbetter added

26  as an additional judgment debtor on September 20, 1993 (copies of "Judgment" and "Order: Corporate

27  President Ledbetter Added as Additional Judgment Debtor" attached) is hereby renewed in the

28  amounts as set forth below:

| | | Renewal of money judgment | |
|---|---|---|---:|
| | a. | Total judgment (per renewed judgment) | $446,254.25 |
| | b. | Costs after judgment | - 0 - |
| | c. | Attorney's fees: | - 0 - |
| | d. | Subtotal (*add a and b*) | $446,254.25 |
| | e. | Credits after judgment | - 0 - |
| | f. | Subtotal (*subtract d from c*) | $446,254.25 |
| | g. | Interest after renewed judgment (at legal rate of 1.32%) | |
| | | From Feb. 5, 2003 thru January 22, 2013 | $ 58,648.68 |
| | h. | Fee for filing renewal | - 0 - |
| | i. | Total renewed judgment | $504,902.93 |

DATED  January 23, 2013           Phyllis Lopez, Deputy Clerk

CLERK OF THE COURT